UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| In the matter of: | ) |
| | ) |
| BOONE SPEEDWAY OF IOWA LLC, | )   Miscellaneous Action No. 4:22-mc-60 |
| | ) |

EX PARTE MOTION FOR ORDER DIRECTING
UNITED STATES MARSHAL'S SERVICE

Petitioner Martin J. Walsh, Secretary of Labor, United States Department of Labor (the "Secretary"), moves this Court to appoint the United States Marshal to serve a subpoena on Boone Speedway of Iowa LLC. In support thereof, the Secretary states as follows:

1. The Wage and Hour Division of the Department of Labor ("Wage and Hour") opened an investigation on Boone Speedway of Iowa LLC ("Boone Speedway") to investigate for possible violations of the Fair Labor Standards Act of 1938 as amended (29 U.S.C. § 201 *et seq.*) ("FLSA").

2. On September 21, 2022, representatives of Wage and Hour visited Boone Speedway at 1481 223rd Place, Boone, Iowa 50036, to initiate the investigation. At this time, the owner of Boone Speedway, Robert Lawton, confronted Wage and Hour's representatives with profanity. He also made threatening statements that "you better bring a gun next time" and "you better bring more agents next time".

3. As part of its investigation, Wage and Hour seeks various employment records from Boone Speedway and plans to serve the employer with a subpoena pursuant to 29 U.S.C. § 209. Boone Speedway is closed for the season, and therefore Wage and

Hour will need to serve Mr. Lawton at his home, located at 31473 Ute Avenue, Waukee, Iowa 50263.

4. However, because of Mr. Lawton's threats, Wage and Hour asks for the assistance of the United States Marshal Service.

5. United States Marshal Service for the Southern District of Iowa has agreed to assist but requests a Court Order before proceeding.

6. The Secretary now moves this Court to appoint a United States Marshal to serve a subpoena on Boone Speedway. Additionally, given Mr. Lawton's threatening actions towards Wage and Hour's representatives, the Secretary asks this Motion be considered *ex parte* and subject to Federal Rules of Civil Procedure 5(a)(1)(D) and 6(c)(1)(A).

7. The Secretary will submit Form USM-285 concurrently with this Motion. If the Court grants this Motion, the Secretary will take other necessary steps to help facilitate service on Bone Speedway with the U.S. Marshal.

WHEREFORE, for the reasons stated herein, the Secretary respectfully requests this Motion be granted.

> Seema Nanda
> Solicitor of Labor
>
> Christine Z. Heri
> Regional Solicitor
>
> Evert H. Van Wijk
> Associate Regional Solicitor

/s/ Traci Martin
Traci Martin
Senior Trial Attorney
2300 Main Street, Suite 10100
Kansas City, MO 64108
(816) 285-7272
martin.traci.e@dol.gov

*U.S. Department of Labor*
*Attorneys for Petitioner*